EN EL TRIBUNAL SUPREMO DE PUERTO RICO

| | |
|---|---|
| In re:<br><br>    Gloria María Figueroa Rivera | 2001 TSPR 156<br><br>155 DPR \_\_\_\_ |

Número del Caso: TS-11612


Fecha: 9/noviembre/2001


Oficina del Procurador General:
                        Lcda. Yvonne Casanova Pelosi
                        Procuradora General Auxiliar


Abogada de la Parte Querellada:
                        Por Derecho Propio


Materia: Solicitud de Reinstalación


Este documento constituye un documento oficial del Tribunal Supremo que está sujeto a los cambios y correcciones del proceso de compilación y publicación oficial de las decisiones del Tribunal. Su distribución electrónica se hace como un servicio público a la comunidad.

EN EL TRIBUNAL SUPREMO DE PUERTO RICO

In re:

Gloria María Figueroa Rivera                TS-11612

RESOLUCION

San Juan, Puerto Rico, a 9 de noviembre de 2001.

Evaluada la solicitud de reinstalación presentada por la querellada, Gloria María Figueroa Rivera, así como la Moción presentada por el Procurador General y demás documentos que obran del expediente, se autoriza su reinstalación al ejercicio de la abogacía y de la notaría.

Publíquese.

Lo acordó el Tribunal y certifica la Secretaria del Tribunal Supremo. La Jueza Asociada señora Naveira de Rodón no intervino.


Isabel Llompart Zeno
Secretaria del Tribunal Supremo